1 PHILLIP A. TALBERT
Acting United States Attorney
2 DEBORAH LEE STACHEL
Regional Chief Counsel
3 DANIEL P. TALBERT
Special Assistant United States Attorney
4     Social Security Administration
    160 Spear Street, Suite 800
5     San Francisco, CA 94105
    Telephone: (510) 970-4860
6     Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VERONICA LISA DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-01801-EPG<br><br>STIPULATION AND ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(ECF No. 13) |

The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will consolidate the claim associated with this civil action with a previously-filed and remanded claim (E.D. Cal. 1:17-cv-00621-SAB, 9th Cir. No. 18-15985), as well as with an additional subsequent claim, and remand to an administrative law judge for a hearing and decision as to whether the claimant was disabled between May 2011 and the time of the new decision.

///

| | | | |
|---|---|---|---|
| DATED: June 23, 2021 | | | */s/ Jonathan Pena*<br>JONATHAN PENA<br>(as authorized by email)<br>Attorney for Plaintiff |
| | | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: June 23, 2021 | | By | *s/ Daniel P. Talbert*<br>DANIEL P. TALBERT<br>Special Assistant United States Attorney |
| | | | Attorneys for Defendant |

## **ORDER**

Based upon the parties' stipulation and order to remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), and for entry of judgment in favor of plaintiff (ECF No. 13), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation to remand. The Clerk of the Court is directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **June 24, 2021**        /s/ Erica P. Grosjean
                                UNITED STATES MAGISTRATE JUDGE